IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **AVERY DARBEY,** | Case No. C 09-01572 SBA (PR) |
| Petitioner, | **ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |
| v. | |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted leave to file a memorandum of points and authorities in support of the Answer to Petition for Writ of Habeas Corpus in excess of 25 pages.

Dated: 5/13/10_____    _____
                                                SAUNDRA B. ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE

1

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA |

AVERY DARBEY,

      Plaintiff,

v.

JAMES WALKER et al,

      Defendant.

Case Number: CV09-01572 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avery M. Darbey T-39009
California State Prison - Sacramento
P.O. Box 29-0066
Represa, CA 95671

Dated: May 13, 2010

                            Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk